**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Laurence Mitchell, | Case No. 3:20-CV-2772 |
| Plaintiff, | **Judge Jeffrey J. Helmick** |
| v. | <u>**DIMISSAL ENTRY**</u> |
| J. Schoen Enterprises, Inc. | |
| Defendant. | |

\* \* \*

The issues in this case having been compromised to the satisfaction of the parties, it is hereby ordered that this action should be and hereby is dismissed with prejudice, and with costs to be paid by parties.

The Court hereby retains jurisdiction to enforce the settlement agreement reached by and between the parties.

| | |
|---|---|
| October 22, 2025 | So Ordered. |
| Date | <u>s/ Jeffrey J. Helmick</u><br>United States District Judge |

Approved by:

| | |
|---|---|
| <u>/s/Francis J. Landry</u><br>Francis J. Landry (0006072)<br>Katherine A. P. Macek (0086885)<br>Wasserman, Bryan, Landry & Honold, LLP<br>1090 West South Boundary, Suite 500<br>Perrysburg, Ohio 43551<br>Telephone: (419) 243-1239<br>Email: FLandry308@aol.com<br>KMacek@wblhlaw.com<br>*Attorneys for Plaintiff Laurence Mitchell* | <u>/s/Dawn T Christen</u><br>Dawn T. Christen (0074336)<br>Gregg A. Peppel (0071277)<br>Turley, Peppel & Christen LLC<br>2224 Centennial Rd.<br>Toledo, Ohio 43617<br>Phone: (4190 214-0808<br>Fax: (419) 214-0809<br>dchristen@turley-law.com<br>gpeppel@turley-law.com<br>*Attorneys for Defendant J. Schoen Enterprises, Inc.* |